IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | CIVIL ACTION NOS. |
| BENNER | : | 02-3319 |
| ROJAS, *et al.* | : | 02-3325 |
| NATION | : | 02-3365 |
| GALLARDO, *et al.* | : | 02-3370 |
| MEISEL | : | 02-3396 |
| NEGRETE, *et al.* | : | 02-3404 |
| SANTISTEVAN-FEEBACK, *et al.* | : | 02-3422 |
| GOMEZ | : | 02-3435 |
| FULLER, *et al.* | : | 02-3503 |
| VS. | : | |
| BAYER CORPORATION, *et al.* | : | |

**O R D E R**

**AND NOW,** this          day of June, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

     **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Legrome D. Davis, Judge**